Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 22, 2006









Petition for Writ of
Mandamus Denied and Memorandum Opinion filed February 22, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01235-CV

____________

 

IN RE KATHERINE MOSLEY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On December 14, 2005, relator
Katherine Mosley filed a petition for writ of mandamus in this 

Court,[1]
requesting we direct the Honorable K. Randall Hufstetler,
Judge of the 300th District Court 

of Harris County, Texas, to vacate
temporary orders that changed relator=s right to determine the 

primary residence of her children in the
underlying proceeding.  Because we
conclude that relator 

has failed to establish she is entitled
to mandamus relief, we deny relator=s petition for writ of 

mandamus.                             

 

 

PER CURIAM

Petition Denied and Memorandum
Opinion filed February 22, 2006.

Panel consists of Chief Justice
Hedges, Justices Yates and Anderson. 











[1]See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.